**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00801-CV

### IN RE TEX-LA MANAGEMENT GROUP, LLC, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01138**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's request for emergency stay. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ADA BROWN
          JUSTICE